UNITED STATES DISTRICT COURT
DISTRICT COURT OF MINNESOTA
COURT FILE NO.: 08-5006 PAM/JJG

| | |
|---|---|
| Rocky Shilhanek,<br><br>          Plaintiff,<br><br>vs.<br><br>Giebel & Associates L.L.C.,<br><br>          Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

ORDER FOR JUDGMENT OF DISMISSAL

Based upon the Stipulation of Dismissal with Prejudice filed with this Court on February 26, 2009, it is hereby ordered that the clerk of this court shall enter forthwith judgment dismissing the above-entitled action and all its claims, including all direct and indirect claims, made or to be made, with prejudice, on the merits and without costs, disbursements, or attorneys fees to any party.  LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:  March 23, 2009          BY THE COURT:


                               s/Paul A. Magnuson
                               Judge of U.S. District Court